Kim L. Anglin, Esq. (SBN 218749)
ANGLINLAW GROUP
4445 Eastgate Mall, Suite 200
San Diego, CA 92121
Telephone: (619) 584-0506
Facsimile: (858) 876-1754

Michael A. Gould, Esq.  (SBN 151851)
Aarin A. Zeif (SBN 247088)
GOULD & ASSOCIATES
A Professional Law Corporation
17822 E. 17th Street, Suite 106
Tustin, California 92780
Telephone:  (714) 669-2850
Facsimile:  (714) 489-2895

Attorneys for Plaintiff,
Araceli Velazquez

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| ARACELI VELAZQUEZ, an individual, | **Case No.:** 1:12-CV-01154-A WI-GSA |
| Plaintiffs, | |
| v. | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| HARVEST MANAGEMENT SUB, L.L.C. DBA HOLIDAY RETIREMENT, and DOES 1 through 25, | Case Filed: July 11, 2012 Trial Date: None Set |
| Defendants. | |

_____

**- 1 -**
**ORDER DISMISSING ACTION WITH PREJUDICE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER

      Pursuant to Rule 41(a)(1), and based on the Stipulation for Dismissal with Prejudice and upon a finding of good cause, the Court hereby orders this action shall be, and is voluntarily DISMISSED WITH PREJUDICE, and that neither party will seek attorneys' fees or costs from other.

IT IS SO ORDERED.

Dated:   October 24, 2012         _____

           CHIEF UNITED STATES DISTRICT JUDGE

**ORDER DISMISSING ACTION WITH PREJUDICE**